UNITED STATES of America,
Plaintiff—Appellee,

v.

Mary KING, a/k/a Kitty, Defendant—
Appellant.

No. 09–8212.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 3, 2010.

Mary King, Appellant Pro Se. Olivia N. Hawkins, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary King appeals the district court's order finding her ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). In her informal appellate brief, King failed to challenge the district court's reason supporting the denial of relief. King therefore has forfeited appellate review of the eligibility issue. *See* 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*